UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EDWARD M. PARTLOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-02208-RLY-KMB |
| | ) | |
| BROWN Sgt., Officer, | ) | |
| EARNEST Capt., Ofc., | ) | |
| JACKSON Lt., Ofc., | ) | |
| BOLDMAN Capt., Ofc., | ) | |
| DENNIS REAGLE Warden, | ) | |
| CHARLENE BURKETT Ombudsman, | ) | |
| KATHERINE MCCORKLE Grievance Ofc., | ) | |
| CONYERS Majors, | ) | |
| CHRISTINA CONYERS Grievance Ofc., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER CONSOLIDATING CASES**

Plaintiff Edward Partlow filed this civil action alleging various constitutional and statutory violations against numerous defendants related to the conditions and his treatment during a period in segregation in 2023. Dkt. 1. The same day Mr. Partlow filed this action, he filed a similar, though not identical, complaint in *Partlow v. Reagle, et al.,* 1:23-cv-02207-TWP-KMB. *See* dkt. 1. In that action, Plaintiff recounts the same underlying events and names all but one of the defendants in this action. Accordingly, the court ordered Mr. Partlow to show cause why this action should not be consolidated into the lower filed case number, 1:23-cv-02207-TWP-KMB. Dkt. 11. Mr. Partlow did not respond.

The court finds that, in light of the common questions of law or fact between the two cases, significant judicial resources will be saved by consolidating these two cases. Accordingly, the court consolidates the above-captioned civil case and the matter of *Partlow v. Reagle, et al.,* 1:23-cv-

02207-TWP-KMB, for all purposes, including trial, in the Southern District of Indiana,

Indianapolis Division, under Case No. 1:23-cv-02207-TWP-KMB.

The court **consolidates** the cases as follows:

- Case no. 1:23-cv-02207-TWP-KMB will continue to proceed.

- The **clerk is directed to** close case no. 1:23-cv-02208-RLY-KMB. No final judgment will issue in that case.

- Further instructions on filing an amended complaint will be issued in case no. 1:23-cv-02207-TWP-KMB.

- The court will thereafter screen Mr. Partlow's amended complaint pursuant to 28 U.S.C. § 1915A(a).

The **clerk is directed** to docket a copy of this Order in case no. 1:23-cv-02207-TWP-KMB.

All future filings shall be filed under case no. 1:23-cv-02207-TWP-KMB.

**IT IS SO ORDERED.**

Date: 8/02/2024

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

EDWARD M. PARTLOW
110641
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064